United States Courts
Southern District of Texas
FILED

*November 13, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LAMONT TAYLOR**,

    Defendant.

Case No. **4:25-cr-606**

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### (BANK ROBBERY)

On or about June 5, 2025, in the Southern District of Texas and within the jurisdiction of the court,

**LAMONT TAYLOR**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of Navy Federal Credit Union, located at 11011 Shadow Creek Parkway, Pearland, Texas, the deposits of which were then insured by the National Credit Union Association (NCUA).

In violation of Title 18, United States Code, Section 2113(a).

Original Signature on File

FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: *(signature)*
JILL JENKINS STOTTS
Assistant United States Attorney

1